UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WALKER,<br>        Plaintiff,<br>    v.<br>JOHN DOE,<br>        Defendant. | Case No. 17-cv-06048-RS (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff has not complied with the Court's order to file an amended complaint. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain an amended complaint that complies in all respects with the Court's order dismissing the first amended complaint with leave to amend. (Dkt. No. 21.) The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** May  7 , 2018

_____
RICHARD SEEBORG
United States District Judge